IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GENE GLOVER, JR., | No. C 07-2731 JSW (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| M. EVANS, WARDEN, | |
| Defendants. | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim upon which relief could be granted.

IT IS SO ORDERED.

DATED: October 15, 2007

_____
JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

BOBBY GENE GLOVER JR,

       Plaintiff,

  v.

M EVANS et al,

       Defendant.

      /

Case Number: CV07-02731 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby Gene Glover
K46066
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: October 15, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk